# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH SULLIVAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-140** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY** | **SECTION "H" (2)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and Plaintiff's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of October, 2014.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**